**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: J.J.    :  No. 626 MAL 2016

            :

            :

PETITION OF: J.J.     :  Petition for Allowance of Appeal from

            :  the Order of the Superior Court


<u>**ORDER**</u>


**PER CURIAM**

  **AND NOW**, this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.